18922. MOBLEY, superintendent, etc., *v.* GOODWYN.
18923. MOBLEY, superintendent, etc., *v.* WEBB *et al.*

BELL, J. These cases are controlled by the decision in the companion case of *Mobley* v. *Goodwyn,* ante, 64.

*Judgment reversed. Jenkins, P. J., and Stephens, J., concur.*